# Exhibit "A"

Plaintiff's Complaint

 **CT Corporation**

**Service of Process Transmittal**
07/31/2019
CT Log Number 535970975

**TO:** KIM LUNDY SERVICE OF PROCESS, Legal Support Supervisor
WALMART INC.
702 SW 8TH ST, MAILSTOP 0215
GLOBAL GOVERNANCE, DATA, ANALYTICS,
BENTONVILLE, AR 72716-6299

**RE:** **Process Served in Nevada**

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Goodman Rita, etc., Pltf. vs. Walmart Inc., etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Demand, Disclosure, Cover Sheet |
| **COURT/AGENCY:** | Clark County District Court, NV<br>Case # A19799236C |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 10/04/2018 - Walmart Market #3788, Located at 6310 W. Charleston Blvd., Las Vegas, Nevada |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Carson City, NV |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/31/2019 at 12:15 |
| **JURISDICTION SERVED:** | Nevada |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Adam D. Smith<br>Adam Smith Law<br>2340 Paseo Del Prado, Suite D203<br>Las Vegas, NV 89102<br>702-929-2289 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/01/2019, Expected Purge Date: 08/06/2019<br><br>Image SOP<br><br>Email Notification, KIM LUNDY SERVICE OF PROCESS ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 701 S Carson St.<br>Suite 200<br>Carson City, NV 89701-5239 |
| **TELEPHONE:** | 314-863-5545 |

Page 1 of 1 / PK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

SUMM

# DISTRICT COURT

## CLARK COUNTY, NEVADA

| | | |
|---|---|---|
| RITA GOODMAN, individually, | CASE NO.: | CASE NO: A-19-799236-C |
| Plaintiff, | DEPT. NO.: | Department 4 |
| v. | | |
| WALMART INC., a Delaware Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | **SUMMONS** | |
| Defendants. | | |

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW**

To THE DEFENDANT(S): A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

### WALMART INC.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:
    a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
    b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

Issued at the direction of
Adam Smith Law

By: _____
Adam D. Smith, Esq.
Nevada Bar No:9690
2340 Paseo Del Prado, Suite D203
Las Vegas, NV 89102
*Attorney for Plaintiff*

STEVEN D. GRIERSON
CLERK OF COURT

_____  7/29/2019
Deputy Clerk           Date
County Court House
200 Lewis Avenue
Las Vegas, Nevada 89155
Marie Kramer

Electronically Filed
7/27/2019 10:55 AM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
Adam D. Smith, Esq.
Nevada Bar No. 9690
Craig A. Henderson, Esq.
Nevada Bar No. 010077
ADAM SMITH LAW
2340 Paseo Del Prado, Suite D203
Las Vegas, Nevada 89102
T: (702) 929-2289
F: (702) 960-4454
adam@adamsmithlaw.com
craig@adamsmithlaw.com
*Attorneys for Plaintiff*

CASE NO: A-19-799236-C
Department 4

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| RITA GOODMAN, individually, | Case No.: |
| Plaintiff, | Dept. No.: |
| v. | |
| WALMART INC., a Delaware Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | **COMPLAINT** |
| Defendants. | |

Plaintiff RITA GOODMAN complains as follows:

## GENERAL ALLEGATIONS

1. The actions complained of herein occurred in Clark County, Nevada.

2. Defendant WALMART INC., is, and at all times mentioned herein, was, a Delaware Corporation conducting business in Clark County, Nevada.

3. The true names and capacities of the Defendants designated herein as Doe or Roe Corporations are presently unknown to Plaintiff at this time, who therefore sues said Defendants by such fictitious names. When the true names and capacities of these defendants are ascertained, Plaintiffs will amend this Complaint accordingly.

4. At all times pertinent herein, Defendants were agents, servants, employees or joint venturers of every other Defendant, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named Defendants.

5. On October 4, 2018, Plaintiff was an invitee of Defendant at Walmart Market #3788 located at 6310 W. Charleston Blvd., Las Vegas, Nevada (hereafter the "Property").

6. Defendant WALMART INC. maintained and was in control of the Property.

7. Defendant WALMART INC. owned the Property.

8. While visiting the Property, Plaintiff fell and suffered injuries because of a dangerous curb that was not marked at the Property (hereafter the "dangerous condition").

9. Defendants should have made the dangerous condition safe because that condition was non-obvious to Plaintiff.

10. Defendants negligently, carelessly, and recklessly maintained, constructed and allowed the dangerous condition to exist.

## FIRST CAUSE OF ACTION

11. Plaintiff incorporates paragraphs 1 through 10 of the Complaint as if those paragraphs were fully incorporated herein.

12. Defendants owed Plaintiff a duty of care to warn Plaintiff of the non-obvious, dangerous condition at the Property.

13. Defendants breached this duty of care by failing to warn Plaintiff of the dangerous, non-obvious condition, and by allowing the dangerous condition to exist.

14. Defendants' negligence directly and proximately caused Plaintiff serious injury.

15. As a direct and proximate result of Defendants' negligence, Plaintiff received medical and other treatments for injuries sustained in the fall, all or some of which conditions may be permanent and disabling and, all to Plaintiff's damage in a sum in excess of $15,000. Said services, care, and treatment are continuing and shall continue in the future.

16. As a direct and proximate result of Defendants' negligence, Plaintiff has been required to limit certain recreational activities, which have caused, and shall continue to cause loss of enjoyment of life.

17. As a direct and proximate result of Defendants' negligence, Plaintiff has suffered a loss of earnings and loss of earning capacity.

18. Plaintiff has been required to engage the services of an attorney, incurring attorney's

1  fees and costs to bring this action.

2      WHEREFORE, Plaintiff expressly reserving the right to amend this complaint prior to or at the time of trial of this action, to insert those items of damage not yet fully ascertainable, prays judgment against all Defendants, and each of them, as follows:

1. For general damages in an amount in excess of $15,000.00;
2. For special damages in an amount in excess of $15,000.00;
3. For reasonable attorney's fees and costs;
4. For interest at the statutory rate; and
5. For such other relief as the Court deems just and proper.

ADAM SMITH LAW

By: /s/ Adam D. Smith
    Adam D. Smith, Esq.
    Nevada Bar No. 9690
    Craig A. Henderson, Esq.
    Nevada Bar No. 010077
    2340 Paseo Del Prado, Suite D203
    Las Vegas, Nevada 89102
    Attorneys for Plaintiff

Electronically Filed
7/27/2019 10:55 AM
Steven D. Grierson
CLERK OF THE COURT

**DMJT**
Adam D. Smith, Esq.
Nevada Bar No. 9690
Craig A. Henderson, Esq.
Nevada Bar No. 010077
ADAM SMITH LAW
2340 Paseo Del Prado, Suite D203
Las Vegas, Nevada 89102
T: (702) 929-2289
F: (702) 960-4454
adam@adamsmithlaw.com
craig@adamsmithlaw.com
*Attorneys for Plaintiff*

CASE NO: A-19-799236-C
Department 4

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| RITA GOODMAN, individually, | Case No.: |
| Plaintiff, | Dept. No.: |
| v. | |
| WALMART INC., a Delaware Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

## DEMAND FOR JURY TRIAL

Plaintiff, RITA GOODMAN, by and through her attorney, ADAM SMITH LAW, hereby demands a trial by jury of all issues in the above-entitled action.

ADAM SMITH LAW

By: /s/ Adam D. Smith
Adam D. Smith, Esq.
Nevada Bar No. 9690
Craig A. Henderson, Esq.
Nevada Bar No. 010077
2340 Paseo Del Prado, Suite D203
Las Vegas, Nevada 89102
Attorneys for Plaintiff

1

Electronically Filed
7/27/2019 10:55 AM
Steven D. Grierson
CLERK OF THE COURT

1  **IAFD**
   Adam D. Smith, Esq.
2  Nevada Bar No. 9690
   Craig A. Henderson, Esq.
3  Nevada Bar No. 010077
   ADAM SMITH LAW
4  2340 Paseo Del Prado, Suite D203
   Las Vegas, Nevada 89102
5  T: (702) 929-2289
   F: (702) 960-4454
6  adam@adamsmithlaw.com
   craig@adamsmithlaw.com
7  *Attorneys for Plaintiff*

CASE NO: A-19-799236-C
Department 4

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| RITA GOODMAN, individually, | Case No.: |
| Plaintiff, | Dept. No.: |
| v. | **INITIAL APPEARANCE FEE DISCLOSURE (NRS CHAPTER 19)** |
| WALMART INC., a Delaware Corporation; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above entitled action as indicated below:

Rita Goodman:                               $270.00

TOTAL REMITTED:                        $270.00

ADAM SMITH LAW

By: /s/ Adam D. Smith
    Adam D. Smith, Esq.
    Nevada Bar No. 9690
    Craig A. Henderson, Esq.
    Nevada Bar No. 010077
    2340 Paseo Del Prado, Suite D203
    Las Vegas, Nevada 89102
    Attorneys for Plaintiff



# DISTRICT COURT CIVIL COVER SHEET
### Clark County, Nevada

Case No. _____
*(Assigned by Clerk's Office)*

## I. Party Information *(provide both home and mailing addresses if different)*

| Plaintiff(s) (name/address/phone): | Defendant(s) (name/address/phone): |
|---|---|
| Rita Goodman | Walmart Inc. |

CASE NO: A-19-799236-C
Department 4

| Attorney (name/address/phone): | Attorney (name/address/phone): |
|---|---|
| Adam Smith Law | |
| 2340 Paseo Del Prado, Suite D203 | |
| Las Vegas, NV 89102 | |
| (702) 929-2289 | |

## II. Nature of Controversy *(please select the one most applicable filing type below)*

### Civil Case Filing Types

| Real Property | | Torts | |
|---|---|---|---|
| **Landlord/Tenant** | **Negligence** | **Other Torts** | |
| ☐ Unlawful Detainer | ☐ Auto | ☐ Product Liability | |
| ☐ Other Landlord/Tenant | ☒ Premises Liability | ☐ Intentional Misconduct | |
| **Title to Property** | ☐ Other Negligence | ☐ Employment Tort | |
| ☐ Judicial Foreclosure | **Malpractice** | ☐ Insurance Tort | |
| ☐ Other Title to Property | ☐ Medical/Dental | ☐ Other Tort | |
| **Other Real Property** | ☐ Legal | | |
| ☐ Condemnation/Eminent Domain | ☐ Accounting | | |
| ☐ Other Real Property | ☐ Other Malpractice | | |

| Probate | Construction Defect & Contract | Judicial Review/Appeal |
|---|---|---|
| **Probate** *(select case type and estate value)* | **Construction Defect** | **Judicial Review** |
| ☐ Summary Administration | ☐ Chapter 40 | ☐ Foreclosure Mediation Case |
| ☐ General Administration | ☐ Other Construction Defect | ☐ Petition to Seal Records |
| ☐ Special Administration | **Contract Case** | ☐ Mental Competency |
| ☐ Set Aside | ☐ Uniform Commercial Code | **Nevada State Agency Appeal** |
| ☐ Trust/Conservatorship | ☐ Building and Construction | ☐ Department of Motor Vehicle |
| ☐ Other Probate | ☐ Insurance Carrier | ☐ Worker's Compensation |
| **Estate Value** | ☐ Commercial Instrument | ☐ Other Nevada State Agency |
| ☐ Over $200,000 | ☐ Collection of Accounts | **Appeal Other** |
| ☐ Between $100,000 and $200,000 | ☐ Employment Contract | ☐ Appeal from Lower Court |
| ☐ Under $100,000 or Unknown | ☐ Other Contract | ☐ Other Judicial Review/Appeal |
| ☐ Under $2,500 | | |

| Civil Writ | | Other Civil Filing | |
|---|---|---|---|
| **Civil Writ** | | **Other Civil Filing** | |
| ☐ Writ of Habeas Corpus | ☐ Writ of Prohibition | ☐ Compromise of Minor's Claim | |
| ☐ Writ of Mandamus | ☐ Other Civil Writ | ☐ Foreign Judgment | |
| ☐ Writ of Quo Warrant | | ☐ Other Civil Matters | |

*Business Court filings should be filed using the Business Court civil coversheet.*

July 27, 2019
Date

_____
Signature of initiating party or representative

*See other side for family-related case filings.*

Nevada AOC - Research Statistics Unit

Form PA 201