AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RITA GOODMAN

                       **JUDGMENT IN A CIVIL CASE**

              Plaintiff,

     v.                                Case Number:  2:19-CV-1707 JCM (EJY)

WALMART, INC.

                 Defendant.

___     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X     **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of defendant against plaintiff.

<br>

July 24, 2020
_____
Date

           DEBRA K. KEMPI
           Clerk

           /s/ J. Matott
           _____
           Deputy Clerk